IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WISH ATLANTA, LLC, | ) |
| Plaintiff, | ) ) |
| | ) CIVIL ACTION FILE NO. |
| v. | ) |
| | ) 4:14-CV-00051-CDL |
| CONTEXTLOGIC, INC., | ) |
| | ) ) |
| Defendant. | ) |

## CORPORATE DISCLOUSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 87, the defendant ContextLogic, Inc. ("ContextLogic"), appearing specially and without subjecting itself to the jurisdiction of this Court, states that it has no parent corporation, no subsidiaries, and no publicly held company owns 10% or more of its stock.

Respectfully submitted this 13th day of March, 2014.

                     */s/ Jeffrey C. Morgan*
                     Jeffrey C. Morgan
                     Georgia Bar No:  522667
                     BARNES & THORNBURG, LLP
                     Prominence in Buckhead
                     3475 Piedmont Rd. NE, Suite 1700
                     Atlanta, Georgia  30305
                     Tel.  (404) 264-4015
                     Fax. (404) 264-4033
                     Email: jeff.morgan@btlaw.com

                     ATTORNEY FOR DEFENDANT
                     CONTEXTLOGIC, INC.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| WISH ATLANTA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION FILE NO. |
| v. | ) | |
| | ) | 4:14-CV-00051-CDL |
| CONTEXTLOGIC, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 13, 2014, the undersigned caused a true and correct copy of this *Corporate Disclosure Statement* to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

F. Lee Champion, III
Travis C. Hargrove
PAGE, SCRANTOM, SPROUSE, TUCKER & FORD, P.C.
1111 Bay Avenue, Third Floor
Columbus, Georgia 31901

    /s/ *Jeffrey C. Morgan*
Jeffrey C. Morgan
Georgia Bar No. 522667

Attorney for Defendant
ContextLogic, Inc.