# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **WISH ATLANTA, LLC,** | * | |
| **Plaintiff,** | * | **CIVIL ACTION FILE NUMBER** |
| **v.** | * | **4:14-CV-00051-CDL** |
| **CONTEXTLOGIC, INC.,** | * | |
| **Defendant.** | * | |

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES

Pursuant to Fed. R. Civ. P. 26(a)(2), Plaintiff makes the following Disclosure of Expert

Witness:

> Thomas J. Maronick, DBA, JD
> Professor of Marketing
> Towson University
> Towson Maryland 21252
> (410) 532-8387
> tmaronick@towson.edu

Copies of Dr. Maronick's report and C.V. are attached hereto.

Respectfully submitted this 19th day of February, 2015.

PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

By: /s/ Travis C. Hargrove
      Travis C. Hargrove
      State Bar No. 141374
      Attorneys for Plaintiff

1111 Bay Avenue, Third Floor
P.O. Box 1199
Columbus, Georgia 31901
(706) 324-0251
tch@psstf.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served via U.S. Mail and E-Mail a true copy of the within and foregoing **EXPERT DISCLOSURE**, addressed to the following:

Jeffrey C. Morgan
Barnes & Thornburg, LLP
Prominence in Buckhead
3475 Piedmont Rd. N.E., Suite 1700
Atlanta, GA 30305


Dwight D. Lueck
Barnes & Thornburg, LLP
11 South Meridian St.
Indianapolis, IN 46204

This 19th day of February, 2015.

/s/ Travis C. Hargrove
Counsel for Plaintiff

**AN EMPIRICAL ANALYSIS OF
PERCEPTIONS OF "WISH" AMONG
BUYERS OF 'STREET WEAR'**

Prepared for:
Page, Scrantom, Sprouse, Tucker & Ford
Columbus, GA

By:
Thomas J. Maronick, DBA, JD
Professor of Marketing
Towson University
Towson, Maryland

February, 2015

Wish Atlanta Report

1

# AN EMPIRICAL ANALYSIS OF PERCEPTIONS OF "WISH" AMONG BUYERS OF 'STREET WEAR'

## -Report-

## BACKGROUND

I am a Professor of Marketing in the College of Business and Economics at Towson University in Towson, Maryland. My educational background includes a BA in Philosophy from St. Thomas Seminary, an MSBA from the University of Denver, a Doctorate in Business Administration (DBA) from the University of Kentucky with a major in Marketing. It also includes a JD from the University of Baltimore, School of Law. I am an inactive member of the Maryland Bar. At Towson University I teach undergraduate and graduate courses in strategic marketing and marketing research. I have also taught graduate and executive development courses at a number of universities in the Baltimore and Washington DC area.

My professional background includes Director of Impact Evaluation in the Bureau of Consumer Protection at the Federal Trade Commission (FTC) from 1980 – 1997. In that capacity I was the in-house marketing expert for all divisions of the Bureau, advising attorneys and senior management on marketing aspects of cases being considered or undertaken by Commission attorneys. I was also responsible for the evaluation of research submitted by firms being investigated by the Commission and for the design and implementation of all consumer research undertaken by the Bureau during that period. Since leaving the Commission in 1997, I have served as an expert-witness in marketing-related cases and have testified in Federal and State courts. A copy of my resume, which includes my publications, is included as Exhibit 1. A list of cases where I have testified as an expert is included as Exhibit 2.

## SCOPE OF ENGAGEMENT

I have been retained by attorneys representing Wish Atlanta in a trademark litigation against "Wish App -- Shopping Made Fun" to design and implement an on-line survey of individuals in the Atlanta Metropolitan market who are in the target market for Street Wear clothing products. In designing the study I am relying on my educational background, my academic/teaching background, and my professional experiences designing consumer surveys for academic purposes as well as for the FTC and for litigation as described above and in my Curriculum Vitae (See Exhibit 3 for list of all documents considered). I was also retained to render my professional opinion based on my expertise regarding the likelihood of confusion in this matter.

I am being compensated at $550.00 per hour and my compensation is not dependent on the outcome of this litigation.

## SUMMARY OF OPINION

The results of the survey of consumers in the target market for "Street Wear" clothing and sportswear in the Atlanta market, namely African American males over age 18, shows that 27.8% of the respondents in the target market associate the name "Wish" with a particular retailer. The survey results also show that, among those who associate a store/website with "Wish" in their name with a particular store, almost half (43.5%) associate the mark with "Wish Atlanta" while 26.1% associate the name "Wish" with "Wish App." This suggests a high likelihood of confusion among individuals in the target market for "Street Wear" fashions and athletic wear. Moreover, because a significant number of respondents' verbatim responses (13%) identified "Wish Atlanta" as the store they associate with "Wish" and no respondent mentioned "Wish App," in my expert opinion the actual level of confusion in the marketplace is

likely to be higher than found in the survey, particularly since respondents were offered a number of contrived but realistic options for brands of clothing as opposed to store names, e.g., "Make a Wish Sportswear" and "Wish Sportswear," which may have enhanced guessing.

**METHODOLOGY**

The data were collected using the Qualtrics.com internet survey platform, with the sample drawn from two internet panels of individuals who have agreed to participate in internet surveys on a periodic basis. Online surveys using internet panels is a well-accepted approach in the field of advertising and consumer research.

The universe for this study are African American males in the Atlanta Metro market over age 18 who are familiar with "Street Wear," a line of casual clothes and athletic wear. Following Qualtrics.com's standard practice, panel members who met the initial age and geographic criteria were sent an email message inviting them to participate in an online survey by clicking on a link included with the email invitation. There was no mention of the topic of the survey in the email invitation. Respondents who clicked the link, i.e., agreed to participate in the online survey, were first asked screening questions to determine: their age and gender as well as that they resided in Georgia[1]. They were also asked whether they were familiar with "Street Wear." Thus, the resulting sample were respondents who were: African-American male, over age 18, lived in the Atlanta Metro market, and are familiar with 'Street Wear." 173 (40.7%) respondents out of the 425 respondents initially responding to the email invitation qualified for the resulting survey. A copy of the main study questionnaire is attached as Exhibit 3.

---

[1] The initial panel screening criteria provided to the internet panel included living in an Atlanta Metro area zip code. Residing in Atlanta was not used as an additional screening criteria in the survey because one of the "store options" was Wish Atlanta and, if used as a screening criteria in the questionnaire, would have been an improper "cue" as to the nature of the survey.

Qualified respondents were asked whether they had purchased any "Street Wear" clothes in the last six months and, if yes, whether they had purchased the Street Wear from a "bricks and mortar" retailer or from an internet retailer. 148 (87.1%) had purchased Street Wear from a brick and mortar retailer while 17 (10.0%) had purchased Street Wear from an internet retailer. Those respondents who had purchased from a brick and mortar retailer were asked "*If you were looking to buy Street Wear and saw a store named 'Wish,' would you associate that store with any particular company or retailer"?* Those respondents who had purchased from an internet retailer were asked "*If you were looking to buy Street Wear and saw a website for a store named 'Wish,' would you associate that store/website with any particular company or retailer?"* Respondents in each segment (brick & mortar or internet) were presented with three options: "YES, I would associate it with a particular company or retailer," "NO, I would not associate it with any particular company or retailer," or "I DON'T KNOW whether it is associated or affiliated with any particular company or retailer."

Respondents who said they would associate "Wish" with a particular retailer were then asked "*What particular company or retailer (or website) do you associate with a store named 'Wish' with?* with their verbatim responses recorded. Respondents were then asked a closed-end question: "*Below is a list of businesses or organizations/business websites with 'Wish' in their name. Which of these businesses or organizations/business websites, if any, do you associate with the 'Wish' store/website.?* " The closed-end response options included: , "Wish Atlanta," "Wish – The Iconic Australia Collection," and "Wish App – Shopping Made Fun" as well as three contrived marks: "Make a Wish Sportswear," "Wish Sportswear," and "Southern Wish Fashions."

5

## FINDINGS

Demographic Profile. As noted in the methodology, the sample was limited to African
American males, over age 18, who lived in the Atlanta Metropolitan Market. As noted in Table
1, a slight majority of respondents (51.8%) had a high school education or some college, while
slightly less than a third of respondents were college graduates and/or had graduate school
experience. As noted in Table 1, 234 respondents represented the qualified respondents based on
demographic screening criteria, i.e., African American male, over age 18, living in the Atlanta
metropolitan area.

Table 1
Demographic Profile of Respondents

| | | | |
|---|---|---|---|
| Gender | **Male** | **425*** | |
| | Female | 57 | |
| | | | |
| Age | Under 18 | 38 | |
| | 18-25 | **119** | |
| | 26-35 | **85** | |
| | 36-45 | **69** | **387 (91.1%)** |
| | 46-55 | **59** | |
| | Over 55 | **55** | |
| | | | |
| Ethnic Origin | African American | **320** | |
| | | | |
| Residence | Atlanta | **234** | |
| | | | |
| Education | High School or less | 43 (25.3%) | |
| | Some College | 45 (26.5%) | |
| | 2 Yr College | 29 (17.0%) | |
| | 4 Yr College | 33 (19.4%) | |
| | Grad School Degree | 20 (11.8%) | |
| | TOTAL | 170 | |

*Bold number indicates respondents included in sample

6

Familiarity with "Street Wear." As noted in the methodology, respondents were also screened for familiarity with "Street Wear." As noted in Table 2, 73.9% of the qualified respondents were "familiar" or "somewhat familiar" with the type of casual clothing/sportswear called "Street Wear." Thus, 173 respondents represent the sample for the resulting survey.

**Table 2**
**Familiarity with Street Wear**

| | | |
|---|---|---|
| Not at all familiar | 61 (26.1%) | |
| Somewhat familiar | 77 (32.9%) | 173 (73.9%) |
| Very familiar | 96 (41.0%) | |
| TOTAL | 234 | |

Street Wear Purchase Behavior. The 173 qualified respondents were then asked *"Where do you most frequently buy your street wear products?"* As noted in Table 3, the majority of respondents (85.6%) purchased their Street Wear from a brick and mortar retailer while 9.8% purchased from an internet retailer selling Street Wear.

**Table 3**
**Retail Stores Most Frequently Buy Street Wear**

| | | |
|---|---|---|
| Major Department Store (Macy, Dillards, Sears) | 51 (29.5%) | |
| Mass Sports Retailers (Dicks, Sports Authority) | 22 (12.7%) | |
| Discount Retailers (Target, Wal-Mart) | 18 (10.4%) | 148 (85.6%) |
| Mall Retailers Selling Street Wear | 43 (24.9%) | |
| Independent Retailers Selling Street Wear | 14  (8.9%) | |
| From Internet Sellers' Websites | 17  (9.8%) | 17 (9.8%) |
| Others | 5 | |
| TOTAL | 173 | 165 |
| | | |

Associate "Wish" with a Particular Store/Retailer. As noted in the Methodology, qualified respondents who were familiar with "Street Wear" were asked whether they associated a store/retailer/website with "Wish" as part of its name with any particular store or retailer. As noted in Table 4, 46 of those who were familiar with "Street Wear" clothing and/or athletic wear

7

and who had purchased from either a brick and mortar or an internet retailer (27.8%) associated a store/website with "Wish" in its name with a particular store or retailer.

**Table 4**
**Associate "Wish" with a Particular Store/Retailer**

|  | Internet | Brick & Mortar | Total |
|---|---|---|---|
| **YES Associate** | 6 | **40** | 46 (27.8%) |
| NO Don't Associate | 6 | 59 | 65 (39.4%) |
| Don't Know | 5 | 49 | 54 (29.7%) |
|  | 17 | 148 | 165 |

As noted in the methodology, respondents were asked to indicate what store they associated "Wish" with, with their verbatim responses recorded. Six of the 46 respondents (13%) mentioned "Wish Atlanta" and no respondent mentioned Wish App." This provides strong support for an association between "Wish" and the "Wish Atlanta" store name.

Additionally, as noted in Table 5, 43.5% of respondents who associate "Wish" with a particular retailer/website selling Street Wear associate it with "Wish Atlanta," whereas slightly more than a quarter of the respondents (26.1%) associate a store/website with "Wish" in its name with "Wish App – Shopping Made Fun." Importantly, a large percentage of respondents in the target market associate a store/website with "Wish" in its name with other organizations or marks with "Wish" in their name, including 30.3% naming "Make a Wish Sportswear" (suggesting a link to the well-known "Make a Wish Foundation") and "Wish Sportswear" (34.8%).

8

Table 5
Particular Retail Store Associate with "Wish"

|  | Internet | Brick & Mortar | Total** |
|---|---|---|---|
| Make a Wish Sportswear* | 2 | 12 (30.0%) | 14 (30.3%) *** |
| **Wish Atlanta** | **3** | **17 (42.5%)** | **20 (43.5%)** |
| Wish Sportswear | -- | 16 (40.0%) | 16 (34.8%) |
| Wish – The Iconic Australia | -- | 2 | 2 (4.3%) |
| The Wish Collection | 1 | 13 (32.5%) | 14 (30.3%) |
| Southern Wish Fashions | -- | 5 | 5 (10.9%) |
| **Wish App – Shopping Made Fun** | **3** | **9 (22.5%)** | **12 (26.1%)** |
| None of the Above |  | 1 | 1 (2.2%) |
| TOTAL | 6 | 40 | 46 |

*Response options randomized;   **Multiple responses accepted; ***Based on total n=46

CONCLUSION

The results of the survey of consumers in the target market for "Street Wear" clothing

and sportswear in the Atlanta market, namely African American males over age 18, shows that

27.8% of the respondents in the target market associate the name "Wish" with a particular

retailer. The survey results also show that, among those who associate a store/website with

"Wish" in their name with a particular store, almost half (43.5%) associate the mark with "Wish

Atlanta" while 26.1% associate the name "Wish" with "Wish App." This suggests a high

likelihood of confusion among individuals in the target market for "Street Wear" fashions and

athletic wear. Moreover, because a significant number of respondents' verbatim responses

(13%) identified "Wish Atlanta" as the store they associate with "Wish" and no respondent

mentioned "Wish App," in my expert opinion the actual level of confusion in the marketplace is

likely to be higher than found in the survey, particularly since respondents were offered a

number of contrived but realistic options for brands of clothing as opposed to store names, e.g.,

"Make a Wish Sportswear" and "Wish Sportswear," which may have enhanced guessing.

Submitted this /9 ᵀʰ of February, 2015 at Baltimore, Maryland.

Thomas J. Maronick, DBA, JD