```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

WISH ATLANTA, LLC,              *

    Plaintiff,                  *

vs.                             *
                                            CASE NO. 4:14-CV-51 (CDL)
CONTEXTLOGIC, INC.,             *

    Defendant.                  *

                                                         *

## O R D E R

Contextlogic, Inc. previously contended that Wish Atlanta, LLC's complaint did not contain claims for infringement of a registered trademark. Wish Atlanta argued that it did but sought leave to amend its complaint to clarify its claims, which the Court granted. Contextlogic never filed an answer to the amended complaint. Wish Atlanta now seeks an entry of default on its two claims related to infringement of a registered trademark. Contextlogic disputes that Wish Atlanta is entitled to the entry of default and out of an abundance of caution has filed a motion for leave to file an answer to the amended complaint. The Court finds that due to the unusual procedural posture of the case, the consistent denial of liability by Contextlogic on the claims now being asserted in the amended complaint, and the lack of any unfair prejudice to Wish Atlanta, good cause exists to allow Contextlogic to file an answer to the

amended complaint and to avoid the entry of default. Accordingly, the Court denies Wish Atlanta's motion for entry of default (ECF No. 64), and grants Contextlogic's motion for leave to file an answer (ECF No. 66).

IT IS SO ORDERED, this 10th day of September, 2015.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA