IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WISH ATLANTA, LLC, | * |
| Plaintiff, | * |
| v. | Case No. 4:14-cv-51 (CDL) |
| | * |
| CONTEXTLOGIC, INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the bench trial held on October 14 and 15, 2015, and this Court's Order dated December 2, 2015, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Defendant shall also recover costs of this action.

This 2nd day of December, 2015.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk